**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHELLE M. JOYCE,** : | |
|     **Plaintiff** : | |
| : | No. 1:16-cv-00758 |
| v. : | |
| : | (Judge Kane) |
| **CAPITAL AREA TRANSIT and** : | |
| **JIM CRAMER,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, this 28th day of March 2017, for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff Joyce's "Motion to Dismiss" (Doc. No. 12), is **DEEMED WITHDRAWN**;

2. Defendant CAT's Motion to Dismiss for Failure to State a Claim (Doc. No. 3), is **GRANTED IN PART** as to Count 6 of the complaint;

3. Defendant Cramer's Motion to Dismiss (Doc. No. 7), is **GRANTED IN PART** as to Count 6 of the complaint; and

4. This case is remanded back to the Dauphin County Court of Common Pleas for further proceedings.

                                                 s/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania